UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00496

**Elmer Lee Case,**
*Plaintiff,*

v.

**Social Security Administration Commissioner,**
*Defendant.*

**O R D E R**

Plaintiff Elmer Lee Case filed a stipulated motion for attorney's fees under the Equal Access to Justice Act (EAJA). Doc. 15. The magistrate judge recommended that the motion be denied without prejudice to re-urging. Doc. 16. Plaintiff subsequently filed a renewed stipulated motion for EAJA attorney's fees. Doc. 17. The magistrate judge then issued another report and recommendation, which concluded that plaintiff's motion (Doc. 17) should be granted and that the Commissioner should pay plaintiff $6,537.10 in reasonable EAJA attorney's fees. Doc. 18.

No party objected to the report, and the time for doing so has passed. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's renewed motion for attorney's fees (Doc. 17) is granted. If plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, defendant is ordered to pay plaintiff $6,537.10, make the payment payable to plaintiff, and send the payment to plaintiff's counsel. If plaintiff owes a debt subject the Treasury Offset Program, defendant is ordered to pay plaintiff the remaining EAJA fees after the offset in the same

manner. Plaintiff's original motion for attorney fees (Doc. 15) is denied as moot.

*So ordered by the court on October 20, 2025.*

　　　　　　　　　　　　　　　　J. CAMPBELL BARKER
　　　　　　　　　　　　　　　　United States District Judge